IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.  Case No. 05-00029-02/04-CR-W-HFS

CARLOS R. BRANDON,
DAYRON JOHNSON and
WILLIAM CARTER

AUSAs: Gregg Coonrod & Amy Marcus
Defense Atty.: Bruce Houdek [not on phone] - C. Brandon
Susan Dill - D. Johnson
Melanie Morgan - W. Carter

| JUDGE | **Robert E. Larsen** United States Magistrate Judge | DATE AND TIME | **July 5, 2006** 2:30/2:50 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Sue Anderson-Porter | TAPE/REPORTER | #1/Sue Anderson-Porter |
| INTERPRETER | None | PRETRIAL/PROB: | |

## CLERK'S MINUTES

TELECONFERENCE REGARDING TRIAL DATE

**REMARKS:** Parties present in person and with counsel. The Court holds a teleconference regarding resetting the trial date for this case. The Court will appoint new counsel to replace Mr. Houdek, who represents Carlos Brandon, due to medical problems. The prosecutor names counsel who would be conflicts. The Court will attempt to reach James Brown regarding the appointment to replace Mr. Houdek. Upon agreement of counsel, the Court resets the trial date to November 6, 2006.